UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA G. MILLSAPS,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM INSURANCE COMPANIES,<br><br>    Defendant. | Case No.  2:24-cv-3673-DC-JDP (PS)<br><br>ORDER |

    Plaintiff has filed a request for an extension of time to file an amended complaint.  Good cause appearing, the request will be granted.

    Accordingly, it is hereby ORDERED that:

    1.  Plaintiff's motion for an extension of time, ECF No. 4, is GRANTED; and

    2.  Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated:   March 11, 2025

JEREMY D. PETERSON  
UNITED STATES MAGISTRATE JUDGE