UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA MILLSAPS,<br><br>   Plaintiff,<br><br> v.<br><br>STATE FARM INSURANCE COMPANIES,<br><br>   Defendant. | No. 2:24-cv-03673-DC-JDP (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION<br><br>(Doc. No. 7) |

Plaintiff Patricia Millsaps is proceeding *pro se* and *in forma pauperis* in this civil action. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 21, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute, failure to comply with court orders, and failure to state a cognizable claim. (Doc. No. 7.) In particular, on February 11, 2025, the court screened Plaintiff's complaint and determined the complaint failed to provide a basis for subject matter jurisdiction and failed to state a cognizable claim for relief. The court dismissed the complaint and directed Plaintiff to file an amended complaint within thirty days. (Doc. No. 3.) Despite receiving an extension of time in which to do so (Doc. No. 5), Plaintiff did not thereafter file an amended complaint. Accordingly,

1

1  on April 24, 2025, the court issued an order to Plaintiff to show cause why this case should not be
2  dismissed due to her failure to prosecute, failure to comply with court orders, and failure to state a
3  claim. (Doc. No. 6.) Plaintiff did not respond to that order to show cause.
4      The pending findings and recommendations were served on Plaintiff and contained notice
5  that any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 7 at
6  3.) To date, no objections to the findings and recommendations have been filed, and the time in
7  which to do so has now passed.
8      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
9  *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
10 findings and recommendations are supported by the record and by proper analysis.
11     Accordingly:
12 1.  The findings and recommendations issued on May 21, 2025 (Doc. No. 7) are
13     ADOPTED in full;
14 2.  This action is DISMISSED, without prejudice, due to Plaintiff's failure to
15     prosecute this action, failure to obey court orders, and failure to state a cognizable
16     claim for relief; and
17 3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 13, 2025**

Dena Coggins
United States District Judge

2